

# Fourth Court of Appeals
## San Antonio, Texas

September 22, 2015

No. 04-15-00500-CV

**IN THE BEST INTEREST AND PROTECTION OF S.W.,**

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2015-MH-2596
Honorable Kelly Cross, Judge Presiding

No. 04-15-00505-CV

**THE STATE OF TEXAS FOR THE BEST INTEREST AND PROTECTION OF S.W.,**

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2015-MH-2544
Honorable Kelly Cross, Judge Presiding

# O R D E R

These are accelerated appeals from the trial court's Order to Compel Psychoactive Medications and from the trial court's Judgment-Court-Ordered Temporary Mental Health Services. Appellant's briefs were originally due on September 7, 2015 and September 8, 2014, respectively. On September 22, 2015, appellant filed motions for an extension of time in which to file a brief and motions to consolidate the appeals.

The motions are GRANTED and it is ORDERED that the two cases shall be consolidated for briefing and argument purposes (if argument is requested and granted). The parties shall file motions, briefs, and other pleadings as if the two appeals were one case, but shall put both appeal numbers in the style of the case. The records, however, shall remain separated. If oral argument is requested and granted, both cases shall be argued together, as a single appeal, and the total time limit for each side at oral argument shall equal the ordinary time limit for a single appeal. The court will dispose of the entire case with the same judgment, opinion, and mandate.

It is ORDERED that appellant's retained attorney, Mr. Michael S. Raign, file appellant's brief no later than October 8, 2015. Because this is an accelerated appeal, no further extensions of time will be granted absent extenuating circumstances.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of September, 2015.

Keith E. Hottle
Clerk of Court

